## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO MORALES ORTIZ
ISABEL TIRADO AULET

DEBTOR(S)

CASE NO.  09-05025-ESL

CHAPTER 13

### NOTICE OF WITHDRAWAL
### MOTION TO DISMISS
### DOCKET (38)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Motion to Dismiss (docket#38) on 07/16/2014.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 12/24/2014.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CMC-EC

09-05025-ESL                           CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

LUIS D FLORES GONZALEZ*
 80 CALLE GEORGETTI STE 202
 SAN JUAN, PR  00925 -3624


ROBERTO MORALES ORTIZ and ISABEL TIRADO AULET
URB LAS GARDENIAS
NUM 5 CALLE ORQUIDEA
MANATI, PR  00674


DATED:   12/24/2014                              /s/ Juan Rivera
                                                 OFFICE OF THE CHAPTER 13 TRUSTEE
          Page 1 of 1        - CASE NO 09-05025-ESL